OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Krejci, Exr., v. Prudential Property and Casualty Insurance Company.
[Cite as Krejci v. Prudential Prop. & Cas. Ins. Co. (1993), Ohio St. 3d   .]
Motor vehicles -- Liability insurance -- Declaratory judgment action by injured person against tortfeasor's insurer -- Judgment against insured not a prerequisite -- R.C. 3929.06, construed.
(No. 92-465 -- Submitted January 13, 1993 -- Decided February 24, 1993.)
On Order from the United States District Court for the Northern District of Ohio, Eastern Division, Certifying a Question of State Law, No. 1:91CV1545.

Porter, Wright, Morris & Arthur, Richard M. Markus and Ralph Streza, for petitioner.
Quandt, Giffels, Buck & Rodgers Co., L.P.A., Walter R. Matchinga and Jeffrey A. Schenk, for respondent.
Martin W. Williams and John K. Fitch, urging a negative answer to the certified question for amicus curiae, Ohio Academy of Trial Lawyers.


The United States District Court for the Northern District of Ohio, Eastern Division, has certified the following question to us:
"Does Ohio Revised Code {3929.06 preclude an injured person from bringing any action, including a declaratory judgment action, against the tortfeasor's insurer unless the injured person has first obtained a judgment against the insured?"
The certified question is answered in the negative.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.